COPY

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
02/25/2008
CT Log Number 513120605

**TO:** General Counsel
Viad Corp
1850 N. Central Avenue, Suite 800
Phoenix, AZ 85004-4545

**RE:** **Process Served in Delaware**

**FOR:** Viad Corp (Domestic State: DE)

VIAD - Law
FEB 27 2008

(G-R)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Thomas Feeley and Diane Feely, Pltfs. vs. Buffalo Pumps, Incorporated, et al. including Viad Corp, etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Providence Plantations Superior Court, RI<br>Case # 08-0836 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 02/25/2008 postmarked on 02/20/2008 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Robert J. Sweeney<br>Early, Ludwick & Sweeny, LLC<br>265 Church Street, 11th Floor<br>New Haven, CT 06508-1866<br>203-777-7799 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 790455180200<br>Email Notification, General Counsel DSHAY@VIAD.COM |
| **SIGNED:** | The Corporation Trust Company |
| **PER:** | Scott LaScala |
| **ADDRESS:** | 1209 Orange Street<br>Wilmington, DE 19801 |
| **TELEPHONE:** | 302-658-7581 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.