UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS FEELEY AND DIANE FEELEY, Plaintiffs, v. VIAD Corp for Griscom-Russell, et al., Defendants. | ) | CIVIL ACTION NO. (Rhode Island Superior Court, Providence County, C.A. No.: PC 08-0836) |

**DECLARATION OF CHARLES R. CUSHING**

I, Charles R. Cushing, under penalty of perjury and of my own personal knowledge, state the following:

1. I am the president of C.R. Cushing & Co, Inc., Naval Architects, Marine Engineers and Transportation Consultants. Attached as Exhibit 1 is a true and correct copy of my curriculum vitae. I respectfully submit this Declaration in support of any assertion that Viad Corp has been sued in its capacity as a person acting under an officer or agency of the United States within the meaning of 28 U.S.C. § 1442(a)(1). This Declaration is based upon my experience, education and training as a naval architect and marine engineer, which includes my involvement in the design, construction, and/or conversion of more than 250 ocean-going vessels. This includes knowledge and familiarity with the contracting practices and requirements utilized by the U.S. Navy in constructing these vessels and as applied to its suppliers and contractors.

2. Plaintiff alleges in this case that Viad is the successor in interest to Griscom-Russell ("Griscom-Russell"). Plaintiff further alleges that Thomas Feeley was exposed to

asbestos while serving in the U.S. Navy between about 1960 and 1963, and specifically while serving aboard the *USS Mills* and the *USS Forrest Royal*.

3. Griscom-Russell is a defunct company that manufactured evaporators placed on some U.S. Navy vessels in the 1940s and 1950s.

4. The *USS Mills* (DE-383) was an Edsall-class destroyer escort built for the Navy by the Brown Shipbuilding Company, Houston, Texas. The vessel was laid down on March 26, 1943, launched on May 26, 1943, and commissioned on October 12, 1943. The vessel was 306 feet (oa), 300 feet (wl) by 36 feet 10 inches by 12 feet 3 inches (max), and had a displacement of 1,200 tons (std) to 1,590 tons (full). In 1957, after installation of additional radar and electronic equipment and enlargement of her superstructure at Boston naval Shipyard, the vessel was reclassified DER-383, recommissioned on October 3, 1957, and assigned as a radar picket of the North American Continental Air Defense System.

5. The *USS Forrest Royal* (DD-872) was a Gearing-class destroyer built for the Navy by the Bethlehem Steel Corp. at Staten Island, New York. The vessel was laid down on June 8, 1945, launched on January 17, 1946, and commissioned on June 29, 1946. The vessel was 390 feet 6 inches in length, beam 40 feet 10 inches, draft 14 feet 4 inches, and had a full load displacement of 3,460 tons.

6. The United States Navy was intimately involved in the manufacture of any Griscom-Russell equipment used on U.S. Navy vessels, as the equipment manufactured for those vessels was designed and built to meet precise and exacting specifications of the U.S. Navy. Moreover, pursuant to U.S. Navy's specifications, Griscom-Russell would not have been able to affix to its products any type of warning or cautionary statements concerning alleged health hazards from the installation, use or maintenance of the products. Whether certain equipment

used aboard U.S. Naval vessels should have warnings, and the content and format of any such warnings, was determined solely by the U.S. Navy. Griscom-Russell would have had no discretion whatsoever to affix any warnings of its own to products it delivered to the U.S. Navy.

7. The U.S. Navy participated intimately in the preparation of any instructional manuals for machinery aboard ships, including Griscom-Russell equipment. Griscom-Russell would have been required to follow any specifications for such informational manuals and would have had no discretion to deviate from such specifications.

8. The Griscom-Russell equipment manufactured for use on U.S. Navy vessels would have been manufactured without any insulation and shipped to the shipyards without insulation. The equipment would have been totally insulated at the shipyard, or after installation on the vessels, by others using insulation purchased from others. The U.S. Navy specified, designed and approved very precise specifications governing how the shipyard should insulate the equipment and the type of materials the shipyard should use to insulate the equipment.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2 day of May, 2008.

Charles R. Cushing

CHARLES R. CUSHING