STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-0836 THOMAS FEELEY V BUFFALO PUMPS INC

Filing Date: 02-12-2008
Case Status: CLOSED DURING DISCOVERY
Case Type: ASBESTOS CASES
Status Date: 05-08-2008

| | |
|---|---|
| Plaintiff: THOMAS FEELEY | Attorney: ROBERT SWEENEY |
| ID: @10975535 | Attorney: BRIAN KENNEY |
| Plaintiff: DIANE FEELEY | Attorney: ROBERT SWEENEY |
| ID: @10975536 | Attorney: BRIAN KENNEY |
| Defendant: BUFFALO PUMPS INC | Attorney: DAVID GOLDMAN |
| ID: @10975538 | |
| Defendant: GARLOCK SEALING TECHNOLOGIES LLC | Attorney: CRAIG WAKSLER |
| ID: @10975540 | Attorney: JENNIFER WHELAN |
| Defendant: GENERAL ELECTRIC COMAPNY | Attorney: JEFFREY THOMEN |
| ID: @10975542 | |
| Defendant: PACKINGS AND INSULATION CORPORATION | |
| ID: @10975545 | |
| Defendant: PIC CONTRACTORS INC | |
| ID: @10975546 | |
| Defendant: TACO INC | Attorney: THOMAS LYONS |
| ID: @10975548 | |
| Defendant: VIAD CORPORATION | Attorney: STEPHEN ADAMS |
| ID: @10975549 | |
| Defendant: GRISCOM RUSSEL | |
| ID: @10975551 | |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-12-2008 | COMPLAINT FILED | |
| 02-12-2008 | INITIAL FILING FEE | |
| 02-12-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP266107. |
| 02-20-2008 | ANSWER FILED | TO COMPLNT<br>Affiliated: TACO INC |
| 02-21-2008 | RESPONSE TO REQUEST FOR PROD | Affiliated: FEELEY, THOMAS |
| 03-07-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: GARLOCK SEALING TECHNOLOGIES LLC |

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-0836 THOMAS FEELEY V BUFFALO PUMPS INC

| | | |
|---|---|---|
| 03-07-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: VIAD CORPORATION |
| 03-07-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: BUFFALO PUMPS INC |
| 03-07-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: TACO INC |
| 03-07-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: GENERAL ELECTRIC COMAPNY |
| 03-07-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: PACKINGS AND INSULATION CORPORATION |
| 03-07-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: PIC CONTRACTORS INC |
| 03-10-2008 | ANSWER FILED | TO COMPLNT<br>Affiliated: BUFFALO PUMPS INC |
| 03-10-2008 | ANSWER FILED | TO CROSSCLAIM<br>Affiliated: BUFFALO PUMPS INC |
| 03-10-2008 | CROSSCLAIM FILED | Affiliated: BUFFALO PUMPS INC |
| 03-12-2008 | NOTICE | Affiliated: PACKINGS AND INSULATION CORPORATION |
| 03-12-2008 | NOTICE | Affiliated: PIC CONTRACTORS INC |
| 03-19-2008 | ANSWER FILED | TO COMPLNT<br>Affiliated: VIAD CORPORATION |
| 03-19-2008 | ANSWER FILED | TO CROSSCLAIM<br>Affiliated: VIAD CORPORATION |
| 03-19-2008 | CROSSCLAIM FILED | Affiliated: VIAD CORPORATION |
| 03-31-2008 | SUPPLEMENTAL INTEROG FILED | AND REQUESTS FOR PRODUCTION<br>Affiliated: GENERAL ELECTRIC COMAPNY |
| 03-31-2008 | ENTRY OF APPEARANCE | Affiliated: GENERAL ELECTRIC COMAPNY |
| 04-14-2008 | ANSWER FILED | Affiliated: GARLOCK SEALING TECHNOLOGIES LLC |
| 04-24-2008 | MOTION TO CONSOLIDATE | TO BE HEARD BY GIBNEY , J<br>Affiliated: VIAD CORPORATION |
| 05-07-2008 | OBJECTION FILED | TO DEFTS MOTION TO CONSOLIDATE<br>Affiliated: FEELEY, THOMAS |
| 05-08-2008 | NOTICE OF REMOVAL | Affiliated: VIAD CORPORATION |
| 05-08-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 176 S<br>Affiliated: VIAD CORPORATION |
| 05-08-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island