**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THOMAS FEELEY AND<br>DIANE FEELEY<br><br>Plaintiffs,<br><br>v.<br><br>BUFFALO PUMPS, INC, ET AL.,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 08-176-S-LDA |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, General Electric Company ("GE"), by and through its undersigned counsel, hereby certifies that GE does not have a parent corporation and that no publicly held corporation owns 10% or more of GE's stock.

Defendant,
GENERAL ELECTRIC COMPANY,

By its attorneys,

Dated: July 9, 2008

/s/ Jeffrey M. Thomen

Jeffrey M. Thomen, Esquire
Federal Bar #6738
MCCARTER & ENGLISH, LLP.
CityPlace I
185 Asylum Street
Hartford, CT 06103
(860) 275-6700
(860) 724-3397 fax
email: jthomen@mccarter.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via regular mail, postage prepaid, this 9th day of July, 2008 to all counsel of record.

**Plaintiffs**
Robert J. Sweeney, Esquire
Early Ludwick & Sweeney, L.L.C.
265 Church Street
P.O. Box 1866
New Haven, CT 06508

**Viad Corp.**
Stephen Adams
Taylor Duane Barton & Gilman, LLP.
10 Dorrance Street, Suite 700
Providence, RI 02903

**Buffalo Pumps, Inc.**
Timothy K. Dodd
215 Broadway
Providence, RI 02903

**Taco, Inc.**
Thomas W. Lyons
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903-2914

**Garlock Sealing Technologies**
Craig Waksler
McGivney Kluger
1 State Street
Boston MA 02109

***Packings and Insulations Company***
Paul V. Sullivan
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903

**P.I.C Contractors, Inc.**
Morrison, Mahoney & Miller
One Providence Washington Plaza
6th Floor
Providence, RI 02903

/s/ Jeffrey M. Thomen
Jeffrey M. Thomen