318240

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THOMAS FEELEY AND
DIANE FEELEY,

Plaintiffs,

v.

VIAD Corp for Griscom-Russell, et al.,

Defendants.

CIVIL ACTION NO.: 08-176

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Viad Corp, by and through its undersigned counsel, hereby certifies that Viad Corp does not have a parent corporation. According to a Proxy Statement filed by Viad Corp. with the Securities and Exchange Commission on April 4, 2008, Morgan Stanley and Co., Inc. owned 10.4% of Viad Corp.'s stock at that time.

**VIAD CORP**
By its Attorney,

/s/ Stephen Adams

Stephen Adams
R.I. Bar No. 5577
sadams@taylorduane.com
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 – Fax

Date: August 13, 2008

## CERTIFICATE OF SERVICE

I, Stephen Adams, attorney for the defendant, Viad Corp. for Griscom Russell, hereby certify that on August 13, 2008, I served a copy of the following:

1. Rule 7.1 Corporate Disclosure Statement

Electronically Filed and Electronically Served on:

Timothy J. Dodd, Esq. (doddlawoffices@aol.com)
Thomas W. Lyons, III, Esq. (tlyons@straussfactor.com)
Jeffrey M. Thomen, Esq. (jthomen@mccarter.com)

and Served via First Class Mail on:

Craig R. Waksler, Esq.
Jennifer A. Whelan, Esq.
McGivney & Kluger PC
1 State Street, Suite 800
Boston, MA 02109

Danielle Jenkins, Esq.
Michael Marcello, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

Richard P. Bullock, Esq.
Early Ludwick & Sweeney, LLC
265 Church Street. Eleventh Floor
New Haven, CT 06508-1866

/s/ Stephen Adams
Stephen Adams